# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| | : 5:02-CR-38 (HL) |
| DEMARIO CORTEZ PORTER, | : |
| Defendant. | : |

## ORDER

Defendant filed a Motion for Reduction of Sentence pursuant to the retroactive amendments to the Sentencing Guidelines that govern crack cocaine offenses. The Court denied that Motion. Currently before the Court is Defendant's Motion to Reconsider (Doc. 70), which the Court will construe as a Motion to Reconsider and a Motion to Appoint Counsel. For the reasons set out below, the Court grants the Motion to Appoint Counsel and reserves ruling on the Motion to Reconsider.

Due to Defendant's extended confinement, the Court finds that he is financially unable to obtain adequate legal representation. The Court is therefore required to provide counsel pursuant to 18 U.S.C. § 3006A.

The Executive Director of the district's Community Defender Organization is hereby appointed to represent the legal interests of the Defendant with regard to his Motion for Reconsideration. At his discretion, the Executive Director may assign counsel from that office as may be appropriate to represent the defendant in all

future proceedings.

SO ORDERED, this the 2nd day of April , 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

tch